# UNITED STATES DISTRICT COURT
## Northern District of California

NATIONAL LABOR RELATIONS,

        Plaintiff(s),

   v.

SERVICE EMPLOYEES INTERNATIONAL,

        Defendant(s).
_____/

No. C 09-04524 MEJ

**ORDER TO SHOW CAUSE**

The National Labor Relations Board (the Board) by its General Counsel, and by Jill H. Coffman, Acting Regional Attorney for Region 20 of the Board, having filed its Application for an order requiring Respondent Service Employees International Union, Local 87 (Respondent Union) and Respondent Ahmed Abozayd (Respondent Abozayd) (collectively, Respondents), to obey and comply with certain subpoenas duly and properly served on each Respondent as set forth in said application, and good cause appearing therefore,

IT IS ORDERED that Respondent Union appear before this Court in Courtroom B at the United States Court House, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, on the 19th day of November, 2009, at 10:00 a.m., and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent Union's Custodian of Records to appear before Matthew Peterson, or another Board Agent designated by the Regional Director of Region 20 of the Board, at such time and place as said Regional Director may designate, and then and there produce the requested documents, and give sworn testimony and answer any and all questions relevant and material to said documents, in the matter under investigation and in question in the proceeding now pending before the Board in Board Case 20-CB-13343, as required by Subpoena Duces Tecum No. B-566967 issued by the Board to Respondent Union on June 25, 2009, pursuant

to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. Sec. 151, et seq.];

IT IS FURTHER ORDERED that Respondent Abozayd appear before this Court in Courtroom B at the United States Court House, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, on the 19th day of November, 2009, at 10:00 a.m., and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent Abozayd to appear before Matthew Peterson, or another Board Agent designated by the Regional Director of Region 20 of the Board, at such time and place as said Regional Director may designate, and then and there give sworn testimony and answer any and all questions relevant and material to the matter under investigation and in question in the proceeding now pending before the Board in Board Case 20-CB-13343, as required in Subpoena Ad Testificandum No. A-811471 issued by the Board to Respondent Abozayd on June 25, 2009, pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. Sec. 151, et seq.];

IT IS FURTHER ORDERED that each Respondent file an Answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 901 Market Street, Suite 400, San Francisco, California 94103, on or before the 5th day of November, 2009, and that Applicant may file and serve a Reply to each Answer at least one day before the hearing; and

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum in Support of this Application For Order Requiring Obedience To Subpoena Duces Tecum and Subpoena Ad Testificandum, the proposed Findings of Fact and Conclusions of Law lodged with the Court, and the proposed Order Requiring Obedience to Subpoena Duces Tecum and Subpoena Ad Testificandum lodged with the Court be made without delay upon Respondents, in any manner provided in the Federal Rules of Civil Procedure and that proof of such service be filed herein.

**IT IS SO ORDERED.**

Dated: October 19, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge