OLIVIA GARCIA
JILL COFFMAN
MATTHEW C. PETERSON, CA BAR No. 244970, Counsel for Service
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5154/356-5146

Attorneys for Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> v. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87, and AHMED ABOZAYD, <br><br> Respondents. | Civil No. CV-09-4524-MEJ <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) <br><br> ORDER CLOSING FILE |

To the above-named Respondents:

PLEASE TAKE NOTICE that, inasmuch as no answer has been filed or served by Respondents in the above-entitled proceeding and, subsequent to the filing of the Application in this proceeding, Respondents complied with the Subpoenas issued by the Regional Director of Region 20 of the National Labor Relations Board, Applicant hereby dismisses the above-entitled proceeding pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED AT San Francisco, California, this 5th day of November, 2009.

*GRANTED — Judge Maria-Elena James, United States District Court, Northern District of California*

/s/ Matthew C. Peterson
Matthew C. Peterson, Attorney
Region 20, National Labor Relations Board
Attorney for Applicant

Notice of Voluntary Dismissal

1